AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____MASSACHUSETTS_____

SERVICEMASTER BRANDS L.L.C. and
MERRY MAIDS LIMITED PARTNERSHIP

V.

MARIMAIDS and MARILENE DA SILVA

**SUMMONS IN A CIVIL CASE**

05 cv 11225 RWZ

CASE NUMBER:

TO: (Name and address of Defendant)

MARILENE DA SILVA
75 Gilman St.
Apartment #2
Somerville, MA 02145-3923

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LEONARD H. FREIMAN
GOULSTON & STORRS, P.C.
400 ATLANTIC AVENUE
BOSTON, MA 02110-3333

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  6/16/05

AO 440 (Rev 8/01) S——

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

June 28, 2005

I hereby certify and return that on 6/28/2005 at 3:45PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET, LETTER, CORPORATE DISCLOSURE STATEMENT in this action in the following manner: To wit, by delivering in hand to MARILENE DA SILVA at , 75 GILMAN STREET, APT 2 Somerville, MA. Attest ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($1.92) Total Charges $37.92

_____
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.