UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SERVICEMASTER BRANDS L.L.C. and MERRY MAIDS LIMITED PARTNERSHIP, | ) ) ) ) |  |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 05-CV-11225 RWZ |
| MARIMAIDS and MARILENE DA SILVA, | ) ) |  |
| Defendants. | ) ) ) |  |

## PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT

Pursuant to Fed. R. Civ. P. 55(a), plaintiffs Servicemaster Brands L.L.C. and Merry Maids Limited Partnership (together, "Plaintiffs") hereby move for entry of default against defendants Marimaids and Marilene da Silva ("da Silva") for failure to plead or otherwise defend.  As grounds for this motion, as supported by the affidavit of Leonard H. Freiman filed herewith, Plaintiffs state as follows:

1.    On June 10, 2005, Plaintiffs filed the Complaint in this matter.

2.    On June 25, 2005 and June 28, 2005 respectively, the Summonses and copies of the Complaint and accompanying papers for both defendants were served in hand upon da Silva according to the respective Returns of Service.  Returns of Service for both defendants (attached as Exhibits A and B to the Affidavit of Leonard H. Freiman filed simultaneously herewith) were filed with this Court on July 5, 2005.

3.    Pursuant to Fed. R. Civ. P. 12(a), Marimaids and da Silva each had until no later than July 18, 2005 to answer or otherwise respond to the Complaint.[1]

4.    As of August 12, 2005, both Marimaids and da Silva have failed to answer or otherwise respond to the Complaint.

WHEREFORE, Plaintiffs respectfully request that default be entered against Marimaids and da Silva for their failure to answer or otherwise defend.

By their attorneys,

_____
Leonard H. Freiman (BBO #560233)
Jennifer Belli (BBO #660278)
GOULSTON & STORRS, P.C.
A Professional Corporation
400 Atlantic Avenue
Boston, Massachusetts  02110-3333
(617) 482-1776 (Telephone)
(617) 574-7579 (Facsimile)
lfreiman@goulstonstorrs.com

Of Counsel:

P. Jay Hines
William C. Bergmann
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
(202) 861-1500 (Telephone)
(202) 861-1783 (Facsimile)
jhines@bakerlaw.com
wbergmann@bakerlaw.com

Dated:  August 12, 2005

GSDOCS\1516120.1 8/10/2005 11:52 AM

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record *defendants* for each other party by mail (by hand) on *August 12, 2005*
*Jennifer Belli*

---

[1] Pursuant to this Court's docket, Marimaids had until July 15, 2005, and da Silva until July 18, 2005, to answer or otherwise respond to the Complaint.

-2-

GSDOCS-1516120-1
08/11/2005 8:25 PM