UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SERVICEMASTER BRANDS L.L.C. and MERRY MAIDS LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>MARIMAIDS and MARILENE DA SILVA,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION<br>) NO. 05-CV-11225 RWZ<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF LEONARD H. FREIMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT**

I, Leonard H. Freiman, being duly sworn, hereby depose and state as follows:

1.      I am an attorney licensed to practice law in the Commonwealth of Massachusetts and before this Court. I am a director at Goulston & Storrs, P.C., 400 Atlantic Avenue, Boston, Massachusetts and represent plaintiffs Servicemaster Brands, L.L.C. and Merry Maids Limited Partnership (together, "Plaintiffs") in the above-captioned matter.

2.      On or about June 10, 2005, Plaintiffs filed the Complaint in this matter.

3.      Returns of service for both defendants, attached hereto, were filed with this Court on July 5, 2005. These Returns indicate service dates of June 25, 2005 and June 28, 2005 on Marimaids and Marilene Da Silva respectively.

4.      Pursuant to Fed. R. Civ. P. 12(a), Marimaids and da Silva each had until no later than July 18, 2005 to answer or otherwise respond to the Complaint.

5.  As of August 12, 2005, both Marimaids and da Silva have failed to answer or otherwise respond to the Complaint.

SIGNED AND SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY THIS 12th DAY OF AUGUST 2005.

_____
Leonard H. Freiman

GSDOCS\1516220.1 8/10/2005 11:54 AM

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon ~~the attorney of record~~ defendants ~~for each other party~~ by mail (by hand) on August 12, 2005
_Juniper Bell_

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

SERVICEMASTER BRANDS L.L.C. and
MERRY MAIDS LIMITED PARTNERSHIP

V.

MARIMAIDS and MARILENE DA SILVA

**SUMMONS IN A CIVIL CASE**

05 cv 11225 RWZ

CASE NUMBER:

TO: (Name and address of Defendant)

    MARIMAIDS
    75 Gilman St.
    Apartment #2
    Somerville, MA 02145-3923

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    LEONARD H. FREIMAN
    GOULSTON & STORRS, P.C.
    400 ATLANTIC AVENUE
    BOSTON, MA 02110-3333

an answer to the complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE    6/16/05

◥AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

SERVICEMASTER BRANDS L.L.C. and
MERRY MAIDS LIMITED PARTNERSHIP

V.

MARIMAIDS and MARILENE DA SILVA

**SUMMONS IN A CIVIL CASE**

05 cv 11225 RWZ

CASE NUMBER:

TO: (Name and address of Defendant)

    MARILENE DA SILVA
    75 Gilman St.
    Apartment #2
    Somerville, MA 02145-3923

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    LEONARD H. FREIMAN
    GOULSTON & STORRS, P.C.
    400 ATLANTIC AVENUE
    BOSTON, MA 02110-3333

an answer to the complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

6/16/05

DATE

AO 440 (Rev. 8/01) S...

| Servi | |
|---|---|
| NAME ( | |
| Che | |

**Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171**

*Middlesex, ss.*

June 28, 2005

I hereby certify and return that on 6/28/2005 at 3:45PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET, LETTER, CORPORATE DISCLOSURE STATEMENT in this action in the following manner: To wit, by delivering in hand to MARILENE DA SILVA at , 75 GILMAN STREET, APT 2 Somerville, MA. Attest ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($1.92) Total Charges $37.92

_____
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                  Date                          Signature of Server

                              _____
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.