# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Servicemaster Brands LLC and Maids Limited Partnership**
_____
            **Plaintiff**

**CIVIL ACTION**

NO. 05-cv-11225-RWZ

**V.**

**Marimaids and Marilene Da Silva**
_____
            **Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, __Servicemaster Brands LLC and Merry Maids Limited Partnership__ for an order of Default for failure of the Defendant, __Marimaids and Marilene Da Silva__, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this __17th__ day of __August__.

            SARAH A. THORNTON
            CLERK OF COURT

            By:    __JAY JOHNSON__

            Deputy Clerk

**Notice mailed to:PARTIES**