# goulston&storrs
## counsellors at law

Leonard H. Freiman
lfreiman@goulstonstorrs.com
(617) 574-4188 Tel
(617) 574-7579 Fax

December 7, 2005

**VIA ELECTRONIC MAIL**

Ms. Lisa Urso
Courtroom Clerk for the Honorable Rya W. Zobel
United States District Court
 For The District Of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    ServiceMaster Brands L.L.C. and Merry Maids Limited Partnership v. Marimaids, et al.; C.A. No. 05-CV-11225 RWZ

Dear Ms. Urso:

At the Court's request, we enclose a proposed Final Judgment and Injunction in connection with the above-captioned matter.

Thank you very much for your kind attention to this matter.

Very truly yours,

Leonard H. Freiman

LHF/vmm
Enclosure

cc:    William C. Bergmann, Esq.

GSDOCS\1562395.1 12/7/2005 12:53 PM

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SERVICEMASTER BRANDS L.L.C. and<br>MERRY MAIDS LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>MARIMAIDS and MARILENE DA SILVA,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Case No. 1:05 cv-11225-RWZ |

## FINAL JUDGMENT AND INJUNCTION

The Court, having allowed Plaintiffs ServiceMaster Brands L.L.C. and Merry Maids Limited Partnership's (collectively, "Plaintiffs") Motion for Entry of Default Judgment on October 20, 2005, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Defendants Marimaids and Marilene Da Silva ("Da Silva") (collectively, "Defendants"), their officers, agents, servants, employees, and attorneys and all those persons in active concert or participation with them shall be enjoined and restrained from:

    a. Using the trade name and mark MERRY MAIDS and MERRY MAIDS with pail design (the "MERRY MAIDS marks"), or any confusingly similar designation alone or in combination with other words, or a trademark, domain name, trade name component or otherwise, to market, advertise or identify Defendants' residential and commercial cleaning services, or franchising services, including, but not limited to, use of the phrases "Marimaids," "MariMaids" or "marimaids.com" to market,

        advertise or identify Defendants' commercial and residential cleaning services, including use of the mark in a domain name;

    b.    Otherwise infringing Plaintiffs' marks;

    c.    Unfairly competing with Plaintiffs in any manner whatsoever; and

    d.    Causing likelihood of confusion, injury to business reputation, or dilution of the distinctiveness of Plaintiffs' symbols, labels or forms of advertisement.

2.    Defendants shall forfeit all rights to the www.marimaids.com domain name and any other domain name identical or similar to the MERRY MAIDS marks and will transfer all rights in www.marimaids.com to Plaintiffs.

3.    Defendants shall destroy or deliver up to Plaintiffs for destruction all pamphlets, brochures, promotional items, advertising materials, signs, stationery, business cards, contracts, documents and the like in the possession or under the control of Defendants, and all plates, molds, matrices and other means of making the same, which might, if used, violate this Final Judgment, within thirty (30) days after service on defendant of this Judgment.

4.    Defendants shall file with this Court and serve on counsel for Plaintiffs within thirty (30) days after service on Defendants of this Final Judgment, a report in writing under oath, setting forth in detail the manner and form in which Defendants have complied with this Final Judgment.

5.    This Court shall retain jurisdiction of this case for the purpose of enforcement of this Final Judgment.

6.    Costs are awarded to Plaintiffs pursuant to 15 U.S.C. § 1117(a).

IT IS SO ORDERED.

_____
Rya W. Zobel, United States District Judge

500966206.1, Draft Final Judgment and Injunction