## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SERVICEMASTER BRANDS L.L.C. and MERRY MAIDS LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>MARIMAIDS and MARILENE DA SILVA,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Case No. 1:05 cv-11225-RWZ |

### FINAL JUDGMENT AND INJUNCTION

The Court, having allowed Plaintiffs ServiceMaster Brands L.L.C. and Merry Maids Limited Partnership's (collectively, "Plaintiffs") Motion for Entry of Default Judgment on October 20, 2005, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1.    Defendants Marimaids and Marilene Da Silva ("Da Silva") (collectively, "Defendants"), their officers, agents, servants, employees, and attorneys and all those persons in active concert or participation with them shall be enjoined and restrained from:

a.    Using the trade name and mark MERRY MAIDS and MERRY MAIDS with pail design (the "MERRY MAIDS marks"), or any confusingly similar designation alone or in combination with other words, or a trademark, domain name, trade name component or otherwise, to market, advertise or identify Defendants' residential and commercial cleaning services, or franchising services, including, but not limited to, use of the phrases "Marimaids," "MariMaids" or "marimaids.com" to market,

advertise or identify Defendants' commercial and residential cleaning

services, including use of the mark in a domain name;

b.     Otherwise infringing Plaintiffs' marks;

c.     Unfairly competing with Plaintiffs in any manner whatsoever; and

d.     Causing likelihood of confusion, injury to business reputation, or dilution

of the distinctiveness of Plaintiffs' symbols, labels or forms of

advertisement.

2.     Defendants shall forfeit all rights to the www.marimaids.com domain name and

any other domain name identical or similar to the MERRY MAIDS marks and will transfer all

rights in www.marimaids.com to Plaintiffs.

3.     Defendants shall destroy or deliver up to Plaintiffs for destruction all pamphlets,

brochures, promotional items, advertising materials, signs, stationery, business cards, contracts,

documents and the like in the possession or under the control of Defendants, and all plates,

molds, matrices and other means of making the same, which might, if used, violate this Final

Judgment, within thirty (30) days after service on defendant of this Judgment.

4.     Defendants shall file with this Court and serve on counsel for Plaintiffs within

thirty (30) days after service on Defendants of this Final Judgment, a report in writing under

oath, setting forth in detail the manner and form in which Defendants have complied with this

Final Judgment.

5.     This Court shall retain jurisdiction of this case for the purpose of enforcement of

this Final Judgment.

6.     Costs are awarded to Plaintiffs pursuant to 15 U.S.C. § 1117(a).

IT IS SO ORDERED.

Rya M. Zobel, United States District Judge

December 8, 2005

500966206.1, Draft Final Judgment and Injunction