UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SERVICEMASTER BRANDS L.L.C. and MERRY MAIDS LIMITED PARTNERSHIP, ) ) ) ) Plaintiffs, ) ) v. ) ) MARIMAIDS and MARILENE DA SILVA, ) ) ) Defendants. ) ) | Civil Case No. <u>1:05 cv 11225 RWZ</u> |

**PLAINTIFFS' MOTION FOR ENFORCEMENT
OF JUDGMENT AND FOR CIVIL CONTEMPT**

Plaintiffs, ServiceMaster Brands L.L.C. and Merry Maids Limited Partnership (collectively, "Plaintiffs"), hereby move for an order enforcing the judgment and for civil contempt. Such an order is warranted in this case because the Defendants have violated and continue to violate the clear and unambiguous order of the Court, entered on December 8, 2005. Specifically, the Defendants have failed to comply with the Court's Order by continuing to infringe Plaintiffs' mark, by failing to produce the documents and information ordered to be produced, and by failing to provide an accounting to Plaintiffs, among other matters.

In view of Defendants' actions set forth above, and in the attached Memorandum, Plaintiffs request that the Court find Defendants in civil contempt, fine Defendants $10,000.00, require Defendants to pay Plaintiffs' costs associated with bringing this motion, including attorneys' fees, and order the Defendants to immediately produce a report, in writing under oath, setting forth in detail the manner and form in which Defendants have complied with this Final Judgment.

For the above-stated reasons, Plaintiffs respectfully request that the Court grant this motion.

            Respectfully submitted,

            **SERVICEMASTER BRANDS L.L.C.**
             **AND MERRY MAIDS LIMITED PARTNERSHIP**

            By their attorneys,

Dated: October 30, 2006    By: /s/ Jennifer Belli
            Leonard H. Freiman (BBO #560233)
            Jennifer Belli (BBO #660278)
            **GOULSTON & STORRS, P.C.**
            400 Atlantic Avenue
            Boston, Massachusetts 02110-3333
            (617) 482-1776 (Telephone)
            (617) 574-7579 (Facsimile)
            lfreiman@goulstonstorrs.com
            jbelli@goulstonstorrs.com

            Of Counsel:

            P. Jay Hines
            William C. Bergmann
            **BAKER & HOSTETLER LLP**
            Washington Square, Suite 1100
            1050 Connecticut Avenue, N.W.
            Washington, D.C. 20036-5304
            (202) 861-1500 (Telephone)
            (202) 861-1783 (Facsimile)
            jhines@bakerlaw.com
            wbergmann@bakerlaw.com

            Attorneys

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of October, 2006, I sent a copy of the within Motion by certified mail, return receipt requested, to:

Marimaids
259 North Beacon Street
Brighton, MA  02135-1943

Marimaids
75 Gilman Street, Apt. 2
Somerville, MA 02145-9323

Marilene Da Silva
259 North Beacon Street
Brighton, MA  02135-1943

Marilene Da Silva
75 Gilman Street, Apt. 2
Somerville, MA 02145-9323


/s/ Jennifer Belli
Jennifer Belli