## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| SERVICEMASTER BRANDS L.L.C. and | ) | |
| MERRY MAIDS LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Case No. <u>1:05 cv 11225 RWZ</u> |
| | ) | |
| MARIMAIDS and MARILENE DA SILVA, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

_____ )

### AFFIDAVIT OF P. JAY HINES IN SUPPORT OF PLAINTIFFS' MOTION FOR ENFORCEMENT OF JUDGMENT AND FOR CIVIL CONTEMPT

I, P. Jay Hines, being duly sworn, hereby depose and state as follows:

1.) On December 8, 2005, the Court issued a final order. A true and accurate copy is attached hereto as Exhibit A.

2.) On or about December 30, 2005, Plaintiffs forwarded a copy of the Final Order and Injunction to Defendants via certified mail. A true and accurate copy is attached hereto as Exhibit B.

3.) On or about February 16, 2006, Plaintiffs forwarded a copy of the Final Judgment and Injunction and a letter to Godaddy.com requesting that ownership of the subject domain name be transferred to Plaintiffs. A true and accurate copy is attached hereto as Exhibit C.

4.) Plaintiffs allege that on or about February 23, 2006, Defendants registered the domain name www.marrimaids.com. A true and accurate copy of the domain name registrar record is attached hereto as Exhibit D.

5.)     On or about June 2, 2006, Plaintiffs forwarded a copy of the Final Judgment and

Injunction to Godaddy.com requesting that ownership of the subject domain name be transferred

to Plaintiffs.  A true and accurate copy is attached hereto a Exhibit E.

6.)     Plaintiffs allege that Defendants maintained the website

www.webspawner.com/users/marimaidscom/index.html in violation of the Final Order and

Injunction.  A true and accurate copy of the subject website is attached hereto as Exhibit F.


SIGNED AND SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY THIS

14th DAY OF SEPTEMBER 2006.


By:     /s/ P. Jay Hines
        P. Jay Hines

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of October, 2006, I sent a copy of the within Affidavit by certified mail, return receipt requested, to:

Marimaids
259 North Beacon Street
Brighton, MA  02135-1943

Marimaids
75 Gilman Street, Apt. 2
Somerville, MA 02145-9323

Marilene Da Silva
259 North Beacon Street
Brighton, MA  02135-1943

Marilene Da Silva
75 Gilman Street, Apt. 2
Somerville, MA 02145-9323


/s/ Jennifer Belli
Jennifer Belli

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| SERVICEMASTER BRANDS L.L.C. and<br>MERRY MAIDS LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>MARIMAIDS and MARILENE DA SILVA,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Case No. <u>1:05 cv 11225 RWZ</u><br>)<br>)<br>)<br>)<br>)<br>) |

**<u>AFFIDAVIT OF P. JAY HINES</u>**

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SERVICEMASTER BRANDS L.L.C. and MERRY MAIDS LIMITED PARTNERSHIP, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Case No. 1:05-cv-11225-RWZ |
| MARIMAIDS and MARILENE DA SILVA, | ) ) ) | |
| Defendants. | ) ) ) | |

## FINAL JUDGMENT AND INJUNCTION

The Court, having allowed Plaintiffs ServiceMaster Brands L.L.C. and Merry Maids Limited Partnership's (collectively, "Plaintiffs") Motion for Entry of Default Judgment on October 20, 2005, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1.    Defendants Marimaids and Marilene Da Silva ("Da Silva") (collectively, "Defendants"), their officers, agents, servants, employees, and attorneys and all those persons in active concert or participation with them shall be enjoined and restrained from:

    a.    Using the trade name and mark MERRY MAIDS and MERRY MAIDS with pail design (the "MERRY MAIDS marks"), or any confusingly similar designation alone or in combination with other words, or a trademark, domain name, trade name component or otherwise, to market, advertise or identify Defendants' residential and commercial cleaning services, or franchising services, including, but not limited to, use of the phrases "Marimaids," "MariMaids" or "marimaids.com" to market,

advertise or identify Defendants' commercial and residential cleaning

services, including use of the mark in a domain name;

b.      Otherwise infringing Plaintiffs' marks;

c.      Unfairly competing with Plaintiffs in any manner whatsoever; and

d.      Causing likelihood of confusion, injury to business reputation, or dilution

of the distinctiveness of Plaintiffs' symbols, labels or forms of

advertisement.

2.      Defendants shall forfeit all rights to the www.marimaids.com domain name and

any other domain name identical or similar to the MERRY MAIDS marks and will transfer all

rights in www.marimaids.com to Plaintiffs.

3.      Defendants shall destroy or deliver up to Plaintiffs for destruction all pamphlets,

brochures, promotional items, advertising materials, signs, stationery, business cards, contracts,

documents and the like in the possession or under the control of Defendants, and all plates,

molds, matrices and other means of making the same, which might, if used, violate this Final

Judgment, within thirty (30) days after service on defendant of this Judgment.

4.      Defendants shall file with this Court and serve on counsel for Plaintiffs within

thirty (30) days after service on Defendants of this Final Judgment, a report in writing under

oath, setting forth in detail the manner and form in which Defendants have complied with this

Final Judgment.

5.      This Court shall retain jurisdiction of this case for the purpose of enforcement of

this Final Judgment.

6.      Costs are awarded to Plaintiffs pursuant to 15 U.S.C. § 1117(a).

2

Case 1:05-cv-11225-RWZ    Document 12-2    Filed 10/30/2006    Page 4 of 4
Case 1:05-cv-11225-RWZ    Document 9    Filed 12/08/2005    Page 3 of 3

Case 1:05-cv-11225-RWZ    Document 8    Filed 12/07/2005    Page 4 of 4

IT IS SO ORDERED.

500966206.1, Draft Final Judgment and Injunction

_____
Rya W. Zobel, United States District Judge

December 8, 2005

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SERVICEMASTER BRANDS L.L.C. and MERRY MAIDS LIMITED PARTNERSHIP, )<br><br>Plaintiffs, )<br><br>v. )<br><br>MARIMAIDS and MARILENE DA SILVA, )<br><br>Defendants. ) | Civil Case No. <u>1:05 cv 11225 RWZ</u> |

<u>**AFFIDAVIT OF P. JAY HINES**</u>

# EXHIBIT B

Baker Hostetler

P. JAY HINES
WRITER'S DIRECT DIAL NUMBER (202) 861-1670
E-MAIL: JHINES@BAKERLAW.COM

December 30, 2005

**VIA CERTIFIED MAIL**

Marilene da Silva
Marimaids
259 North Beacon Street
Brighton, Massachusetts 02135-1943

> Re:   Entry of Default Judgment and Injunction
>        Civil Case No. 1:05 cv-11225-RWZ
>        Client-Matter No.  59858-00005

Dear Ms. da Silva:

You are hereby notified that an entry of default judgment has been issued against you in the above-referenced matter.  We enclose a copy of the Final Judgment and Injunction for your review.

In accordance with the court order, you are prohibited from further use of the mark MARIMAIDS, or any confusingly similar trademarks, trade names, or domain names.  Please note that this includes U.S. pending Application Serial No. 78/671,019 for the trademark MARIMAIDS.  As a result of the court's order, you are required to expressly abandon the subject trademark application and to cease any and all use of the MARIMAIDS mark or any confusingly similar marks.  We enclose a form for the express abandonment of the application. If you send it to us we will see that it is filed with the U.S. Patent and Trademark Office.

In addition, you are required to forfeit all rights to the www.marimaids.com domain name and to transfer the ownership rights of the domain name to Servicemaster Brands L.L.C. and Merry Maids Limited Partnership.  If you so desire, we will assist you with the transfer of the domain name.  Further, you must destroy or deliver up to our clients all advertising and promotional materials, business cards, contracts, and other documents bearing the MARIMAIDS mark or trade name.

As stated in the court order, you must file with the court and serve on counsel for Plaintiff a written report explaining, in detail, your manner and form of compliance with this order no later than January 7, 2006.

Marilene da Silva
December 30, 2005
Page 2


     Note that failure to comply with the terms of the Final Judgment and Injunction will result in severe sanctions and further action taken by the Court to enforce the judgment.

     In view of the circumstances, we must insist that you notify us in writing of your intent to comply with the Final Judgment and Injunction within ten (10) days of receipt of this letter. Please contact me if you have questions regarding the terms of the judgment or require assistance in complying with the transfer of the marimaids.com domain name.

                        Sincerely,



                        P. Jay Hines

PJH/TAH
Enclosure: Express Withdrawal Form (for execution)

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

SERVICEMASTER BRANDS L.L.C. and
MERRY MAIDS LIMITED PARTNERSHIP,

        Plaintiffs,

      v.

MARIMAIDS and MARILENE DA SILVA,

        Defendants.

Civil Case No. <u>1:05 cv 11225 RWZ</u>

<u>**AFFIDAVIT OF P. JAY HINES**</u>

# EXHIBIT C

# Baker Hostetler

Baker & Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

P. Jay Hines
direct dial: 202.861.1670
e-mail: jhines@bakerlaw.com

February 16, 2006

**VIA FACSIMILE**
480 505-8844

GODADDY.COM
14455 N HAYDEN RD STE 219
SCOTTSDALE AZ, 85260-6947

Re:  *MARIMAIDS.COM Domain Name*
     *Client-Matter No. 59858-0005*

Dear Sir or Madam:

We hereby enclose a copy of a Final Judgment and Injunction regarding the ownership and use of the domain name www.marimaids.com (Whols information attached). As you will note, paragraph 2 of the Judgment states that the current owner, Marimaids and Marilene da Silva, shall forfeit all rights in the subject domain name and transfer all rights in the www.marimaids.com domain name to our client, ServicemMaster.

Therefore, in accordance with the Godaddy.com Domain Name Registration Agreement, we hereby request that you take the appropriate measures to ensure the transfer of ownership of the subject domain name to our client. For your convenience, we include below the necessary information regarding our client in order for you to effectuate the transfer of ownership.

The ServiceMaster Company
3250 Lacey Road, Suite 60515
Downer Grove, IL 60515

If you have any questions or concerns, please do not hesitate to contact us.

Sincerely,
BAKER & HOSTETLER LLP

P. Jay Hines

Enclosure(s):  Copy of Final Judgment
               Copy of Whols Printout

*Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

**Hines, P. Jay**

| | |
|---|---|
| **From:** | Domain Disputes [domaindisputes@godaddy.com] |
| **Sent:** | Friday, February 17, 2006 11:48 AM |
| **To:** | Hines, P. Jay |
| **Subject:** | MARIMAIDS.COM |
| **Importance:** | High |

Dear P. Jay Hines,

Per the Decision, we have moved the domain MARIMAIDS.COM to a new account to be managed.

Please visit:

1. Go to www.godaddy.com
2. Click on My Account
3. Log in using the information below
   Login: marimaids0206
   Password: 0206marimaids


FOR SECURITY REASONS, PLEASE UPDATE YOUR LOGIN NAME AND PASSWORD AS SOON AS POSSIBLE.

Feel free to contact us with any questions.

Regards,

Lisa Villeneuve
Domain Services
GoDaddy.com

8/15/2006

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| SERVICEMASTER BRANDS L.L.C. and<br>MERRY MAIDS LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>MARIMAIDS and MARILENE DA SILVA,<br><br>Defendants. | Civil Case No. <u>1:05 cv 11225 RWZ</u> |

<u>**AFFIDAVIT OF P. JAY HINES**</u>

# EXHIBIT D



▶ **BobParsons.com**
35 mil names registered in April.
32 mil were part of a kiting
scheme.
A serious problem gets worse.

▶ **GoDaddy.com Security**
Protect yourself from
hackers, spam, scams and
more.



**50GB HOSTING**
Now Just
$9.95
$6.99



**COMPLETE
Email Plans**
from just $9.99/y

| Domains | Hosting & Servers | Site Builders | Email | SSL Certificates | Business | Domain Auctions | Reseller Pla |

---

**Phoenix Maid Service**
Thorough, Affordable Maid Service Since 1991. Call
602-788-1688
www.clearchoicemaids.com

**Maid Services**
MaidPro is cleaning up Phoenix one house at a time.
www.maidpro.com

**Housekeepers Live-In/Out**
Nanny, Housekeeper, Babysitter Baby Nurse,
Phoenix Area Leader 22 yrs
acaringnanny.com/family.shtm

---

## MARRIMAIDS.COM

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Marlene Da Silva
9 dartmouth st
somerville, Massachusetts 02145
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: MARRIMAIDS.COM
Created on: 23-Feb-06
Expires on: 23-Feb-08
Last Updated on: 01-Mar-06

Administrative Contact:
Da Silva, Marilene dasilva@rcn.com
9 dartmouth st
somerville, Massachusetts 02145
United States
(617) 694-6798 Fax -- (617) 776-0188

Technical Contact:
Da Silva, Marilene dasilva@rcn.com
9 dartmouth st
somerville, Massachusetts 02145
United States
(617) 694-6798 Fax – (617) 776-0188

Domain servers in listed order:
NS3.SECURESERVER.NET
NS4.SECURESERVER.NET

---

**Search again**

Enter a domain name:

[                    ] .com    [SEA]

**More About Domains**

- Compare our prices
- Why our prices are so low
- Transfer your domain to GoDaddy.con just $6.95! Includes a 1-year extension
- Find out what this domain is worth

**Available TLDs**

| | | |
|---|---|---|
| MARRIMAIDS.NET | $8.95/yr |
| MARRIMAIDS.ORG | $8.95/yr |
| MARRIMAIDS.INFO | $5.95/yr SA' |
| MARRIMAIDS.BIZ | $7.95/yr |
| MARRIMAIDS.US | $7.95/yr |
| MARRIMAIDS.NAME | $9.95/yr |
| MARRIMAIDS.TV | $34.95/yr |
| MARRIMAIDS.CC | $19.95/yr |

**You might also consider:**

| | |
|---|---|
| MARRIMAIDSONLINE.COM | $8.95/yr |
| ONLINEMARRIMAIDS.COM | $8.95/yr |
| MARRIMAIDSHOME.NET | $8.95/yr |
| HOMEMARRIMAIDS.NET | $8.95/yr |
| MARRIMAIDSSITE.ORG | $8.95/yr |
| SITEMARRIMAIDS.ORG | $8.95/yr |
| MARRIMAIDSWEB.INFO | $5.95/yr SA |
| WEBMARRIMAIDS.INFO | $5.95/yr SA |
| MARRIMAIDSLIVE.BIZ | $7.95/yr |
| LIVEMARRIMAIDS.BIZ | $7.95/yr |

Registry Status: REGISTRAR-LOCK
Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois



▶ 24/7 Sales and Support: (480) 505-8877    ▶ Billing Questions? Call (480)505-8855    | Free Email Updates! Enter address

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | Whois | Affiliates | Link to Us

      

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2006 GoDaddy.com, Inc. All rights reserved.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| SERVICEMASTER BRANDS L.L.C. and MERRY MAIDS LIMITED PARTNERSHIP, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Case No. <u>1:05 cv 11225 RWZ</u> |
| MARIMAIDS and MARILENE DA SILVA, | ) ) ) | |
| Defendants. | ) ) ) | |

<u>**AFFIDAVIT OF P. JAY HINES**</u>

# EXHIBIT E

# Baker Hostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

June 2, 2006

P. Jay Hines
direct dial: 202.861.1670
jhines@bakerlaw.com

**VIA FACSIMILE**
480 505-8844

GODADDY.COM
14455 N Hayden Road Suite 219
Scottsdale AZ, 85260-6947

Re: *MARRIMAIDS.COM*
*Client-Matter No.  59858-0005*

Dear Sir:

We hereby enclose a copy of a Final Judgment and Injunction dated December 8, 2005 regarding the ownership and use of the domain name www.marimaids.com (Whols information attached).  As you will note, paragraph 2 of the Judgment states that the current owner, Marimaids and Marilene Da Silva, shall forfeit all rights in the www.marimaids.com domain name and any other domain name identical or similar to the MERRY MAIDS mark to our client, ServiceMaster.  We note that Marilene Da Silva registered the domain name www.marrimaids.com on February 23, 2006.

Therefore, in accordance with the Godaddy.com Domain Name Registration Agreement, we hereby request that you take the appropriate measures to ensure the transfer of ownership of the subject domain name to our client.  For your convenience, we include below the necessary information regarding our client in order for you to effectuate the transfer of ownership.

The ServiceMaster Company
3250 Lacey Road, Suite 600
Downer Grove, IL 60515

Administrative Contact:     nss_manager@svm.com
                            (630) 271-1300

Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC

GODADDY.COM
June 2, 2006
Page 2


If you have any questions or concerns, please do not hesitate to contact us.

Sincerely,
BAKER & HOSTETLER LLP

P. Jay Hines

cc:   Marilene Da Silva


Enclosure(s): Copy of Final Judgment
              Copy of Whols Printout

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| SERVICEMASTER BRANDS L.L.C. and | ) | |
| MERRY MAIDS LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Case No. <u>1:05 cv 11225 RWZ</u> |
| | ) | |
| MARIMAIDS and MARILENE DA SILVA, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

<u>**AFFIDAVIT OF P. JAY HINES**</u>

# EXHIBIT F

# Welcome to Marimaids

Whether you need weekly, bi-weekly or one-time cleaning, it's time to discover the magic of Marimaids. Your home will be cleaned to your highest expectations by quality, trained professionals at surprisingly affordable rates. We don't just make the beds, we also clean under them. We'll vacuum, polish, and scrub our way through your house, and bathrooms are our specialty!

With most of our customers we do a thorough cleaning of their home that we call a "Classic Cleaning." During the Classic Cleaning we carefully clean your entire home, paying special attention to bathrooms and kitchens. Need something done that you don't see on our Classic Cleaning ? Need us to pay special attention to one area of your house? We're happy to customize a cleaning plan to suit your specific needs, or add special instructions to your Classic Cleaning whenever you need that something extra. Contact us today for your free estimate and join the thousands of Marimaids customers who have come to rely on the consistency, attention to detail, and professionalism of our services.

call us now (617) 694-6798

### Free Webpages at Webspawner.com

Send E-Mail to: info @marimaids.com

This page created using the webpage creation facilities of Webspawner.
Copyright © 2004 marimaids. All Rights Reserved