UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SERVICEMASTER BRANDS L.L.C. and<br>MERRY MAIDS LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>MARIMAIDS and MARILENE DA SILVA,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Case No. <u>1:05 cv 11225 RWZ</u><br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF JENNIFER BELLI

Please withdraw the appearance of Jennifer Belli as counsel for the plaintiffs, ServiceMaster Brands L.L.C. and Merry Maids Limited Partnership, in the above-captioned matter. Leonard H. Freiman and Goulston & Storrs, P.C. remain attorneys of record for the plaintiffs.

                                                    Respectfully submitted,
                                                    **SERVICEMASTER BRANDS L.L.C.**
                                                        **AND MERRY MAIDS LIMITED PARTNERSHIP**

                                                    By their attorneys,

Dated: December 15, 2006          By:  <u>/s/ Jennifer Belli</u>
                                                       Leonard H. Freiman (BBO #560233)
                                                         Jennifer Belli (BBO #660278)
                                                         **GOULSTON & STORRS, P.C.**
                                                         400 Atlantic Avenue
                                                        Boston, Massachusetts 02110-3333
                                                       (617) 482-1776 (Telephone)
                                                       (617) 574-7579 (Facsimile)
                                                       lfreiman@goulstonstorrs.com
                                                       jbelli@goulstonstorrs.com

-2-

Of Counsel:

P. Jay Hines
William C. Bergmann
**BAKER & HOSTETLER LLP**
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
(202) 861-1500 (Telephone)
(202) 861-1783 (Facsimile)
jhines@bakerlaw.com
wbergmann@bakerlaw.com

Attorneys

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of December, 2006, I served a copy of the within Notice by first class mail to:

Marimaids
259 North Beacon Street
Brighton, MA  02135-1943

Marimaids
75 Gilman Street, Apt. 2
Somerville, MA 02145-9323

Marilene Da Silva
259 North Beacon Street
Brighton, MA  02135-1943

Marilene Da Silva
75 Gilman Street, Apt. 2
Somerville, MA 02145-9323

Todd Hardy, Counsel for ServiceMaster Brands L.L.C. and Merry Maids Limited Partnership
**BAKER & HOSTETLER LLP**
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304


/s/ Jennifer Belli
Jennifer Belli